UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                          Chapter 11, Subchapter V

HDIP, INC.,                                                                 Case No. 8:22-bk-03610-RCT

    Debtor.
_____/

## NOTICE OF EFFECTIVE DATE

The Debtor, HDIP, INC., by and through its undersigned attorneys, hereby gives notice of the effective date of the *Amended Plan of Reorganization for Small Business Under Chapter 11* (Doc. No. 93). On April 28, 2023, the Court entered an *Order Confirming Amended Plan of Reorganization for Small Business Under Chapter 11* (Doc. No. 110). All conditions to the Effective Date have been satisfied or waived. **The Effective Date of the Plan is May 12, 2023.**

    */s/ Amy Denton Mayer*
    Amy Denton Mayer (FBN 0634506)
    Stichter, Riedel, Blain & Postler, P.A.
    110 E. Madison Street, Suite 200
    Tampa, Florida 33602-4718
    Telephone: (813) 229-0144
    Email: amayer@srbp.com
    Attorneys for Debtor

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Effective Date* has been furnished on this 8th day of June, 2023, by the Court's CM/ECF electronic noticing to all parties receiving electronic noticing.

                                                   */s/ Amy Denton Mayer*
                                                   Amy Denton Mayer