ORDERED.

Dated: June 30, 2023

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| HDIP, INC., | Case No. 8:22-bk-03610-RCT |
| Debtor. | |

## ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE

THIS CASE came on for consideration of the *Debtor's Motion for Entry of Final Decree* (Doc. No. 128) (the "**Motion**"). The Court finds that the Motion was appropriately served with negative notice and no response was filed. Therefore, the Court deems the Motion as unopposed. Accordingly, it is

**ORDERED** that:

1. The Motion is granted.

2. The Court will enter a separate final decree.

*Attorney Amy Denton Mayer is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of the order.*