[D11fd]  [Ch 11 Final Decree]

ORDERED.

Dated: June 30, 2023

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Case No. 8:22–bk–03610–RCT
Chapter 11

HDIP, Inc.

_____Debtor*_____/

### FINAL DECREE

   THIS CASE came on for consideration of the Debtor's motion for entry of a final decree (the "Motion"). The Court finds that the Debtor's confirmed plan of reorganization has been substantially consummated.

   Accordingly it is

   ***ORDERED:***

   1. The Motion is granted and the case is closed.

   2. All motions/objections/applications that have not been resolved are denied as moot.

   3. Pursuant to Local Rule 9070–1(c)(3), the Clerk shall, without further notice, dispose of any exhibits in this case or any related adversary proceedings unless they are reclaimed by the appropriate party within 30 days.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.